1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8

9    John Leo Davis,                          No. CV-19-01390-PHX-SMB (CDB)

10              Plaintiff,                     **ORDER**

11   v.

12   Unknown Culda,

13              Defendant.

14

15        Pending before the Court is the Report and Recommendation ("R&R") of

16   Magistrate Judge Camille D. Bibles (Doc. 12) regarding plaintiff's Motion for Leave to

17   Amend First Amended Complaint (Doc. 10). The R&R recommends that the Motion to

18   Amend be denied. The Magistrate Judge advised the parties that they had fourteen days to

19   file objections to the R&R.  (R&R at 10) (citing Rule 72(b), Federal Rules of Civil

20   Procedure; Rule 8(b), Rules Governing Section 2254 Proceedings). Plaintiff filed his

21   objection on February 10, 20120 (Doc. 15).

22        The Court has considered the objections and reviewed the Report and

23   Recommendation de novo.  See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that

24   the court must make a de novo determination of those portions of the Report and

25   Recommendation to which specific objections are made). The Court agrees with the

26   Magistrate Judge's determinations, accepts the recommended decision within the meaning

27   of Rule 72(b), Fed. R. Civ. P., and overrules Plaintiff's objections. See 28 U.S.C. §

28   636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,

the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge (Doc. 12) is accepted.

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Leave to Amend First Amended Complaint (Doc. 10).

Dated this 12th day of February, 2020.

Honorable Susan M. Brnovich
United States District Judge